CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 29 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonacd
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ROBERT MCKINLEY BLANKENSHIP, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH OF VIRGINIA, ) <br>     Defendant. ) | Civil Action No. 7:16-cv-00013 <br><br> **ORDER** <br><br> By:  Hon. Jackson L. Kiser <br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 29th day of January, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge